UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-77-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADRIAN JEREMIAH SAMPLE | ORDER TO SEAL |

On motion of the Defendant, Adrian Jeremiah Sample, and for good cause shown, it is hereby ORDERED that **DE 74** be sealed until further notice by this Court.

IT IS SO ORDERED.

This 11 day of November, 2021.

JAMES C. DEVER III
United States District Judge