IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-77-D-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| ADRIAN JEREMIAH SAMPLE, | ) | |
| | ) | |

Upon motion of the United States, for good cause shown, it is hereby ORDERED that Docket Entry 77 be sealed by the Clerk of Court from this date until further order by this Court, except that a filed copy of the same be provided to the United States Attorney's Office and counsel for the defendant.

This 11 day of November, 2021.

JAMES C. DEVER III
United States District Judge