UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Adrian Jeremiah Sample**                                      **Docket No. 5:16-CR-77-1D**

**Petition for Action on Supervised Release**

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Adrian Jeremiah Sample, who, upon an earlier plea of guilty to Counts 1 and 2 - Distribution of a Quantity of Heroin, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), Count 3 - Possession With Intent to Distribute Quantities of Heroin and Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and Count 4 - Possession of a Firearm in Furtherance of a Drug-Trafficking Crime, in violation of 18 U.S.C. §§ 924(c) and 924(c)(1)(A)(i), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on November 10, 2016, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months. On April 10, 2017, the defendant's sentence was vacated and remanded for resentencing by the Fourt Circuit Court of Appeals. On May 19, 2017, this case was reassigned to the Honorable James C. Dever III. On August 22, 2017, the court held a sentencing hearing and sentenced the defendant to 24 months imprisonment on counts one, two, and three to be followed by 60 months consecutive imprisonment on count four, for a total term of 84 months imprisonment. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of five years. Adrian Jeremiah Sample was released from custody on May 13, 2022, at which time the term of supervised release commenced.

On August 30, 2023, the court agreed to modify the conditions of supervision to include mental health treatment. On November 6, 2024, it was reported to the court that the defendant submitted a urine sample that tested positive for marijuana. The court agreed to continue supervision to allow the benefit of treatment.

On January 2, 2025, it was reported to the court that on November 29, 2024, the defendant had committed the offenses of Expired Registration/ Tag and Driving while License Revoked Not Impaired Revocation (24CR10414), in Cumberland County, North Carolina, and that on December 9, 2024, the defendant committed the offenses of Expired Registration/ Tag and Driving While License Revoked Not Impaired Revocation (24CR2464), in Hoke County, North Carolina. The court agreed to continue supervision.

On September 4, 2025, it was reported to the court that the defendant had committed the offenses of Driving While License Revoked Not Impaired Revocation and Speeding (25CR24754) in Cumberland County, North Carolina on August 22, 2025. The court agreed to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On December 27, 2025, the defendant committed the offense of No Operators License, No Liability Insurance, and Expired Registration Card/ Tag (26CR 134), in Bladen County, North Carolina. The defendant informed his supervising officer of this incident and advised he was only driving to his place of employment. As a sanction for this conduct and to deter future criminal conduct, it is respectfully recommended that his conditions be modified to include 24 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Adrian Jeremiah Sample
Docket No. 5:16-CR-77-1D
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer

/s/ Corey Rich
Corey Rich
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2540
Executed On: January 22, 2026

### ORDER OF THE COURT

Considered and ordered this __23__ day of __January__, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge